**No. 53324.**—Elizabeth Arden, Inc. *v.* United States, protest 144688–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 53325.**—The American Museum of Natural History et al. *v.* United States, protests 146869–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 53326.**—Louis Meyers & Son, Inc. *v.* United States, protests 105322–K, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise consists of knit fabric the same in all material respects as the fabric of which the gloves the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333) were made. The claim of the plaintiff was therefore sustained.

**No. 53327.**—Louis Meyers & Son, Inc. *v.* United States, protests 860350–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 53328.**—Louis Meyers & Son, Inc. *v.* United States, protests 105317–K, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 53329.**—Ignaz Strauss & Co., Inc. *v.* United States, protests 111958–K, etc. (New York).